JOHN M. GORE
Acting Assistant Attorney General
WILLIAM E. NOLAN
DAVID REESE
Trial Attorneys
U.S. Department of Justice
Civil Rights Division
950 Pennsylvania Avenue NW
Washington, DC 20530
Telephone: (202) 353-8560
Facsimile: (202) 514-8336

Attorneys for Plaintiff
United States of America

FILED
JUN 21 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FIRDOS SHEIKH,

    Defendant.

CASE NO. 2:18-CR-0119 WBS

18 U.S.C. § 1590(a) – Trafficking With Respect to Forced Labor (Two Counts); 8 U.S.C. §§ 1324(a)(1)(A)(iii) & (a)(1)(B)(i) – Harboring for Financial Gain (Two Counts); 18 U.S.C. § 1590(b) – Obstruction of Forced Labor Investigation; 18 U.S.C. § 1001 – False Statements; 18 U.S.C. § 1594(d) – Criminal Forfeiture

INDICTMENT

COUNT ONE: [18 U.S.C. § 1590(a) – Trafficking With Respect to Forced Labor]

  The Grand Jury charges: T H A T

  FIRDOS SHEIKH,

defendant herein, between on or about October 1, 2008, and continuing through on or about June 28, 2013, in the County of Sacramento, State and Eastern District of California, did knowingly recruit, harbor, transport, provide, and obtain, by any means, E.L., an undocumented Mexican national, for labor and services in violation of Title 18, United States Code, Section 1589 (Forced Labor), to wit: the defendant did knowingly provide and obtain the labor and services of E.L. by means of (a) serious harm and threats of serious harm to E.L.; (b) the abuse and threatened abuse of law and legal process; and (c)

INDICTMENT             1

a scheme, plan, and pattern intended to cause E.L. to believe that, if E.L. did not perform such labor and services, E.L. would suffer serious harm, all in violation of Title 18, United States Code, Section 1590(a).

COUNT TWO: [18 U.S.C. § 1590(a) – Trafficking With Respect to Forced Labor]

The Grand Jury further charges: T H A T

FIRDOS SHEIKH,

defendant herein, between on or about November 1, 2012, and continuing through on or about July 1, 2013, in the County of Sacramento, State and Eastern District of California, did knowingly recruit, harbor, transport, provide, and obtain, by any means, P.K., an undocumented Nepalese national, for labor and services in violation of Title 18, United States Code, Section 1589 (Forced Labor), to wit: the defendant did knowingly provide and obtain the labor and services of P.K. by means of (a) serious harm and threats of serious harm to P.K.; (b) the abuse and threatened abuse of law and legal process; and (c) a scheme, plan, and pattern intended to cause P.K. to believe that, if P.K. did not perform such labor and services, P.K. would suffer serious harm, all in violation of Title 18, United States Code, Section 1590(a).

COUNT THREE: [8 U.S.C. §§ 1324(a)(1)(A)(iii) & (a)(1)(B)(i) – Harboring for Financial Gain]

The Grand Jury further charges: T H A T

FIRDOS SHEIKH,

defendant herein, between on or about October 1, 2008, and continuing through on or about June 28, 2013, in the County of Sacramento, State and Eastern District of California, knowing and in reckless disregard of the fact that E.L., an alien, had come to, entered, and remained in the United States in violation of law, did knowingly conceal, harbor, and shield E.L. from detection in any place, including on the defendant's property, and elsewhere, for the purpose of commercial advantage and private gain, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iii) & (1)(B)(i).

COUNT FOUR: [8 U.S.C. §§ 1324(a)(1)(A)(iii) & (a)(1)(B)(i) – Harboring for Financial Gain]

The Grand Jury further charges: T H A T

FIRDOS SHEIKH,

INDICTMENT 2

defendant herein, between on or about November 1, 2012, and continuing through on or about July 1, 2013, in the County of Sacramento, State and Eastern District of California, knowing and in reckless disregard of the fact that P.K., an alien, had come to, entered, and remained in the United States in violation of law, did knowingly conceal, harbor, and shield P.K. from detection in any place, including on the defendant's property, and elsewhere, for the purpose of commercial advantage and private gain, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iii) & (1)(B)(i).

COUNT FIVE: [18 U.S.C. § 1590(b) – Obstruction of Forced Labor Investigation]

The Grand Jury further charges: T H A T

FIRDOS SHEIKH,

defendant herein, on or about July 1, 2013, in the County of Sacramento, State and Eastern District of California, did obstruct, attempt to obstruct, interfere with, and prevent the enforcement of Title 18, United States Code, Section 1590, to wit: while Homeland Security Investigations Special Agents were at the defendant's property to investigate a report that a worker was being held against his will on the property, the defendant did, among other acts, direct P.K. to hide from the Special Agents, make false statements to the Special Agents concerning P.K. and E.L., and instruct P.K. to return to her property after dark to avoid detection, in violation of Title 18, United States Code, Section 1590(b).

COUNT SIX: [18 U.S.C. § 1001 – False Statements]

The Grand Jury further charges: T H A T

FIRDOS SHEIKH,

defendant herein, on or about July 1, 2013, in the County of Sacramento, State and Eastern District of California, did knowingly and willfully make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the United States, to wit: the defendant made the following false statements and representations to Homeland Security Investigations Special Agents during the course of a criminal investigation, and while Special Agents were at the defendant's property to investigate a report that a worker was being held against his will on the property:

(1) No one was on the defendant's property, except the defendant's parents, her son, and herself;

(2) There were no workers on the defendant's property;

INDICTMENT 3

(3) No one lived in the trailer that the defendant kept on her property;

(4) The defendant, at that time, employed only one worker, G.M.M.;

(5) The defendant had not employed E.L. on a full-time basis;

(6) E.L. never lived on the defendant's property;

(7) P.K. did not work for the defendant;

when in truth and in fact, as the defendant then knew, P.K was on the defendant's property, and she had directed him to hide from Homeland Security Special Agents; P.K. lived in the trailer at that time; the defendant employed P.K. and did not employ G.M.M. at that time; the defendant had employed E.L. on a full-time basis; E.L. had lived on the defendant's property; and P.K. had worked for the defendant, all in violation of Title 18, United States Code, Section 1001.

<u>FORFEITURE ALLEGATIONS</u>: [18 U.S.C. § 1594(d) – Criminal Forfeiture]

1. Upon conviction of one or more of the offenses alleged in Counts One, Two, and Five of this Indictment, defendant FIRDOS SHEIKH shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 1594(d) and (e), all property, real or personal, that was used, or intended to be used to commit or facilitate the commission of such violations, and any property traceable to such property; and any property, real or personal, constituting or derived from, any proceeds obtained directly or indirectly, as a result of such violations, and any property traceable to such property.

2. Upon conviction of one or more of the offenses alleged in Counts Three and Four of this Indictment, defendant FIRDOS SHEIKH shall forfeit to the United States, pursuant to Title 8, United States Code, Section 1324(b)(1), Title 18, United States Code, Sections 982(a)(6), and Title 28, United States Code, Section 2461, any conveyance, including any vehicle, that has been and is being used in the commission of such violations; any property, real or personal, that constitutes the gross proceeds of such violations, and any property traceable to such conveyance or proceeds; and any property that is used to facilitate, and is intended to be used to facilitate, the commission of the offenses charged in Counts Three and Four.

3. The property subject to forfeiture includes:

| | | Address | Legal Description |
|---|---|---|---|
| A. | | 10454 Menlo Oaks Court, Elk Grove, CA, 95624, titled in Firdos S. Sheikh, Trustee of The Firdos S. Sheikh Family Trust dated November 9, 2007. | PARCEL NO. 1:<br><br>PARCEL 4 OF THAT CERTAIN PARCEL MAP ENTITLED "PARCEL 3 AND PORTION OF PARCELS 2 77 P.M. 31", COUNTY OF SACRAMENTO, FILED IN THE OFFICE OF THE RECORDER OF SACRAMENTO COUNTY, ON DECEMBER 17, 1986, IN BOOK 97 OF PARCEL MAPS, MAP NO. 16.<br><br>EXCEPTING THEREFROM 50% OF ALL MINERALS, MINERAL INTEREST, OILS AND NATURAL GAS, AND OTHER HYDROCARBON SUBSTANCES AND ASSOCIATED PRODUCTS, PROVIDED THAT NEITHER THE UNDERSIGNED GRANTORS, NOR THEIR SUCCESSORS OR ASSIGNS, SHALL HAVE ANY RIGHT TO EXPLORE OR DRILL FOR, OR TO MINE, DEVELOP, OR PRODUCE ANY MINERALS, MINERAL INTEREST, OILS, OR NATURAL GAS, OF OTHER HYDROCARBON SUBSTANCES OR ASSOCIATED PRODUCTS, AND THAT NEITHER THE GRANTEES NOR THEIR HEIRS, EXECUTORS, OR ADMINISTRATORS, NOR THEIR SUCCESSORS OR ASSIGNS, SHALL BE UNDER ANY OBLIGATION TO EXPLORE OR DRILL FOR, OR TO MINE, DEVELOP, OR PRODUCE, ANY SUCH MINERALS, MINERAL INTERESTS, OILS, OR NATURAL GAS, OR OTHER HYDROCARBON SUBSTANCES OR ASSOCIATED PRODUCTS, OR TO PERMIT SAME, AS EXCEPTED IN DEED EXECUTED BY LAVERNE A. OASTE, ET AL., RECORDED MAY 12, 1960, IN BOOK 4052, PAGE 575, OFFICIAL RECORDS.<br><br>PARCEL NO. 2:<br><br>A NON-EXCLUSIVE EASEMENT FOR |

INGRESS AND EGRESS ON, OVER AND ACROSS THE FOLLOWING DESCRIBED PROPERTY:

PARCEL A:

A STRIP OF LAND THIRTY (30.00) FEET IN WIDTH, THE NORTHERLY LINE OF WHICH IS DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT LOCATED ON THE SOUTHERLY BOUNDARY OF SAID LOT 13 OF SUNBURST SOLAR RANCHETTES UNIT NO.2, ACCORDING TO THE OFFICIAL PLAT THEREOF, FILED IN THE OFFICE OF THE RECORDER OF SACRAMENTO COUNTY, CALIFORNIA, ON SEPTEMBER 3, 1980, IN BOOK 141 OF MAPS, MAP NO. 30, FROM WHICH THE MOST SOUTHERLY CORNER OF SAID LOT 13, BEARS THE FOLLOWING TWO (2) COURSES AND DISTANCE: (1) SOUTH 09 DEGREES 33' 20" WEST 47.30 FEET, AND (2) SOUTH 52 DEGREES IT 57" EAST 485.44 FEET; THENCE FROM SAID POINT OF BEGINNING NORTH 71" 19' 32' AST 710.57 FEET TO A POINT LOCATED ON THE NORTHERLY BOUNDARY OF SAID LOT 13; THENCE ALONG THE NORTHERLY BOUNDARY OF SAID LOT 13 SOUTH 49 DEGREES 1 P 40" EAST 154.50 FEET TO THE MOST EASTERLY CORNER OF SAID LOT 13.

THE SOUTHERLY LINE OF WHICH IS TO BE LENGTHENED OR SHORTENED TO TERMINATE ON THE BOUNDARIES OF SAID LOT 13.

PARCEL B:

A STRIP OF LAND FOR INGRESS-EGRESS ON AND ACROSS THE NORTHEASTERLY PORTION OF PARCEL 138 AS SAID PARCEL IS SO DELINEATED ON THAT CERTAIN

CERTIFICATE OF COMPLIANCE RECORDED APRIL 2, 1981, IN BOOK 810402, PAGE 1011, RECORDS, SERIES NO. 50068, SAID STRIP OF LAND IS MORE PARTICULARLY DESCRIBED AS FOLLOWS:

BEGINNING AT THE MOST OR THEASTERLY CORNER OF SAID PARCEL 138, SAID POINT IS MARKED WITH A 1 1/2 INCH IRON PIPE TAGGED LS 3105; THENCE FROM SAID POINT OF BEGINNING ALONG THE NORTHERLY BOUNDARY OF SAID PARCEL 138 NORTH 49 DEGREES 11' 40" WEST 154.50 FEET; THENCE ALONG THE WESTERLY BOUNDARY OF SAID PARCEL 138 SOUTH 71 DEGREES 19' 32" WEST 23.17 FEET; THENCE SOUTH 43 DEGREES 40' 19" EAST 166.60 FEET TO A POINT IN THE EASTERLY BOUNDARY OF SAID PARCEL 138; THENCE ALONG SAID EASTERLY BOUNDARY OF SAID PARCEL 138 NORTH 410 21' 30" EAST 36.00 FEET TO THE POINT OF BEGINNING, AS RESERVED IN DEED FROM T. LAWRENCE NEWTON, A WIDOWER, TO DOROTHY A. COLBERT, A SINGLE WOMAN, RECORDED FEBRUARY 20, 1986, IN BOOK 880220, PAGE 716 OF OFFICIAL RECORDS, AND IN DEED FROM T. LAWRANCE NEWTON, AN UNMARRIED MAN, TO DOROTHY C. COLBERT, AN UNMARRIED WOMAN, RECORDED FEBRUARY 27, 1986, IN BOOK 860227, PAGE 57 OF OFFICIAL RECORDS, AND RECORDED AUGUST 10, 1987, IN BOOK 870810, PAGE 1257, OFFICIAL RECORDS.

| | | | |
|---|---|---|---|
| B. | | 10073 Rhone River Drive, Elk Grove, CA, 95624, titled in Firdos S. Sheikh, Trustee of The Firdos S. Sheikh Family Trust dated November 9, 2007 | LOT 84, AS SHOWN ON SUBDIVISION NO. 00-017.00 OF NEWTON RANCH RECORDED OCTOBER 7, 2003, IN BOOK 319 OF MAPS MAP NO. 8, RECORDS OF SACRAMENTO COUNTY. |
| C. | | 9400 Sidesaddle Drive, Wilton, CA, 95693, titled in Firdos S. Sheikh, Trustee of the Firdos S. Sheikh Family Trust dated November 9, 2007 | LOT 72, AS SHOWN ON THE FINAL MAP OF CLAY STATION 1200 FILED FOR RECORD MARCH 3, 2003, IN BOOK 311 OF MAPS, MAP NO. 11 RECORDS OF SACRAMENTO, AS AMENDED BY THAT CERTAIN CERTIFICATE OF CORRECTION RECORDED NOVEMBER 5, 2003, IN BOOK 20031105 PAGE 1613 OFFICIAL RECORDS. THIS DEED IS MADE AND RECORDED UPON THE COVENANTS, CONDITIONS AND RESTRICTIONS AS SET FORTH IN THE DECLARATION RECORDED IN THE OFFICE OF THE COUNTY RECORDER OF SACRAMENTO COUNTY IN BOOK 20040316, PAGE 1411 OFFICIAL RECORDS AND ALL ADDITIONAL AMENDMENTS RECORDED HEREAFTER ALL OF WHICH ARE INCORPORATED HEREIN BY THIS REFERENCE WITH THIS SAME FORCE AND EFFECT AS THOUGH FULLY SET FORTH HEREIN. |
| D. | | 12900 Rimfire Drive, Wilton, CA, 95693, titled in Firdos S. Sheikh, Trustee of the Firdos S. Sheikh Family Trust dated November 9, 2007 | LOT 71, AS SHOWN ON THE FINAL MAP OF CLAY STATION 1200 FILED FOR RECORD MARCH 3, 2003, IN BOOK 311 OF MAPS, MAP NO. 11 RECORDS OF SACRAMENTO, AS AMENDED BY THAT CERTAIN CERTIFICATE OF CORRECTION RECORDED NOVEMBER 5, 2003, IN BOOK 20031105 PAGE 1613 OFFICIAL RECORDS. THIS DEED IS MADE AND RECORDED UPON THE COVENANTS, CONDITIONS AND RESTRICTIONS AS SET FORTH IN THE DECLARATION RECORDED IN THE OFFICE OF THE COUNTY RECORDER OF |

| | | | |
|---|---|---|---|
| | | | SACRAMENTO COUNTY IN BOOK 20040316, PAGE 1411 OFFICIAL RECORDS AND ALL ADDITIONAL AMENDMENTS RECORDED HEREAFTER ALL OF WHICH ARE INCORPORATED HEREIN BY THIS REFERENCE WITH THIS SAME FORCE AND EFFECT AS THOUGH FULLY SET FORTH HEREIN. |
| E. | | 8242 Derbyshire Circle, Sacramento, CA, 95828, titled in Firdos S. Sheikh, Trustee of The Firdos S. Sheikh Family Trust dated November 9, 2007 | LOT 198, AS SHOWN ON THE "PLAT OF BRITTANY PARK UNIT NO. 2", RECORDED IN BOOK 171 OF MAPS, MAP NO. 16, RECORDS OF SAID COUNTY.<br><br>EXCEPTING FROM SAID PROPERTY DESCRIBED ABOVE ALL MINERALS, OIL, GAS AND OTHER HYDROCARBON SUBSTANCES LYING BELOW A DEPTH OF 500 FROM THE SURFACE OF SAID LAND AND REAL PROPERTY WHETHER NOW KNOWN TO EXITS OR HEREAFTER DISCOVERED, WITHOUT, HOWEVER, ANY RIGHT TO USE THE SURFACE OF SUCH LAND AND REAL PROPERTY OR ANY OTHER PORTION THEREOF ABOVE A DEPTH OF 500 FEET FROM THE SURFACE OF SUCH LAND AND REAL PROPERTY FOR ANY PURPOSE WHATSOEVER AS CONVEYED BY DEED TO JACQUELINE K. KARKAZIS OF THE ESTATE OF JOHN PETER KARKAZIS, ET AL, RECORDED APRIL 24, 1986, IN BOOK 860424 OF OFFICIAL RECORDS, AT PAGE 624. |

| | | | |
|---|---|---|---|
| F. | | 9005 Calvine Road, Sacramento, CA, 95829, titled in Firdos S. Sheikh, Trustee of the Firdos S. Sheikh Family Trust dated November 9, 2007 | THE WEST 165 FEET OF LOT 119 AS SHOWN ON THE "PLAT OF WRIGHT & KIMBROUGH COLONY NO. 7", RECORDED IN THE OFFICE OF THE COUNTY RECORDER OF SACRAMENTO COUNTY ON MARCH 26, 1903, IN BOOK 5 OF MAPS, MAP NO. 12; THE SUBDIVISION OF SAID LOT BEING MADE ON THE BASIS THAT THE LOT AREA INCLUDED ONE-HALF OF THE ADJOINING ROAD. |
| G. | | 6204 Pine Vista Way, Elk Grove, CA, 95758, titled in Firdos S. Sheikh, Trustee of The Firdos S. Sheikh Family Trust dated November 9, 2007 | LOT 25, AS SHOWN ON THE PLAT OF LAGUNA CREEK WEST UNIT NO. 8-A, RECORDED IN BOOK 172 OF MAPS, MAP NO. 6, RECORDS OF SAID COUNTY.<br><br>EXCEPTING THEREFROM AN UNDIVIDED 50% INTEREST IN AND TO ALL OIL, GAS, AND MINERALS BELOW A DEPTH OF 500 FEET BELOW THE SURFACE OF SAID REAL PROPERTY AS RESERVED BY EDWARD A. FRANKLIN ET, UX., IN DEED RECORDED APRIL 29, 1975, IN BOOK 7504-219, OFFICIAL RECORDS.<br><br>EXCEPTING THEREFROM AN UNDIVIDED 50% INTEREST IN AND TO ALL OIL, GAS, AND OTHER HYDROCARBON SUBSTANCES LYING BELOW A DEPTH OF 500 FEET FROM THE SURFACE OF SAID REAL PROPERTY AS RESERVED BY FLOYD PEDERSEN AND JEAN PEDERSEN HIS WIFE IN DEED RECORD CONCURRENTLY HEREWITH ON JULY 29, 1986, IN BOOK 8607-29 PAGE 1942 OFFICIAL RECORDS. |

| | | | |
|---|---|---|---|
| H. | | 3916 Rosemary Circle, Sacramento, CA, 95821, titled in Firdos S. Sheikh, Trustee of the Firdos S. Sheikh Family Trust dated November 9, 2007 | LOT 23, AS SHOWN ON THE "PLAT OF GARY GARDENS" RECORDED IN BOOK 32 OF MAPS, MAP BOOK, 11, RECORDS OF SACRAMENTO COUNTY. |
| I. | | 9405 Oreo Ranch Circle, Elk Grove, CA, 95624, titled in Firdos S. Sheikh, an unmarried woman | LOTS 51, AS SHOWN ON "SUBDIVISION NO. 00-01700 OF NEWTON RANCH", RECORDED OCTOBER 7, 2003, IN BOOK 319 OF MAPS, MAP NO. 8, RECORDS OF SACRAMENTO. |

4. If any property subject to forfeiture as a result of the offenses alleged in Counts One through Five of this Indictment, for which the defendant is convicted:

   a. Cannot be located upon the exercise of due diligence;

   b. Has been transferred or sold to, or deposited with, a third party;

   c. Has been placed beyond the jurisdiction of the Court;

   d. Has been substantially diminished in value; or

   e. Has been commingled with other property which cannot be divided without difficulty;

It is the intent of the United States, pursuant to 28 U.S.C. § 2461(c), incorporating 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendant, up to the value of property subject to forfeiture.

|     |                                                                 |                              |
|-----|-----------------------------------------------------------------|------------------------------|
| 1   |                                                                 | /s/ Signature on file w/AUSA |
| 2   |                                                                 |                              |
| 3   |                                                                 | FOREPERSON                   |

JOHN M. GORE
Acting Assistant Attorney General
U.S. Department of Justice, Civil Rights Division

_/s/_
WILLIAM E. NOLAN
Trial Attorney
U.S. Department of Justice, Civil Rights Division

_/s/_
DAVID REESE
Trial Attorney
U.S. Department of Justice, Civil Rights Division

No. _____   2:18 - CR - 0119 WBS

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

## THE UNITED STATES OF AMERICA
vs.

### FIRDOS SHEIKH

## INDICTMENT

**VIOLATION(S):**

18 U.S.C. § 1590(a) – Trafficking With Respect to Forced Labor (Two Counts);
8 U.S.C. §§ 1324(a)(1)(A)(iii) & (a)(1)(B)(i) – Harboring for Financial Gain (Two Counts);
18 U.S.C. § 1590(b) – Obstruction of Forced Labor Investigation;
18 U.S.C. § 1001 – False Statements;
18 U.S.C. § 1594(d) – Criminal Forfeiture

*A true bill,*

/s/ **Signature on file w/AUSA**

_____
*Foreman.*

Filed in open court this ___21___ day

of ___June___, A.D. 20 18

_____
*Clerk.*

Bail, $ -- NO BAIL WARRANT PENDING HEARING

GPO 863 525

2:18-CR-0119 WBS

## United States v. Firdos Sheikh
### Penalties for Indictment

**Defendants**
**FIRDOS SHEIKH**

**COUNT 1:**          **FIRDOS SHEIKH**

VIOLATION:       18 U.S.C. § 1590(a) – Trafficking With Respect to Forced Labor

PENALTIES:       Maximum of 20 years in prison;
Fine of up to $250,000; or both fine and imprisonment;
Supervised release of up to 3 years;
Mandatory restitution [18 U.S.C. § 1593]

SPECIAL ASSESSMENT: $5,000 (mandatory on each count for non-indigent person) [18 U.S.C. § 3014(a)(1)]

**COUNT 2:**          **FIRDOS SHEIKH**

VIOLATION:       18 U.S.C. § 1590(a) – Trafficking With Respect to Forced Labor

PENALTIES:       Maximum of 20 years in prison;
Fine of up to $250,000; or both fine and imprisonment;
Supervised release of up to 3 years;
Mandatory restitution [18 U.S.C. § 1593]

SPECIAL ASSESSMENT: $5,000 (mandatory on each count for non-indigent person) [18 U.S.C. § 3014(a)(1)]

**COUNT 3:**          **FIRDOS SHEIKH**

VIOLATION:       8 U.S.C. §§ 1324(a)(1)(A)(iii) & (a)(1)(B)(i) – Harboring for Financial Gain

PENALTIES:       Maximum of 10 years in prison;
Fine of up to $250,000; or both fine and imprisonment;
Supervised release of up to 3 years

SPECIAL ASSESSMENT: $5,000 (mandatory on each count for non-indigent person) [18 U.S.C. § 3014(a)(1)]

**COUNT 4:**          **FIRDOS SHEIKH**

VIOLATION:       8 U.S.C. §§ 1324(a)(1)(A)(iii) & (a)(1)(B)(i) – Harboring for Financial Gain

PENALTIES: Maximum of 10 years in prison;
Fine of up to $250,000; or both fine and imprisonment;
Supervised release of up to 3 years

SPECIAL ASSESSMENT: $5,000 (mandatory on each count for non-indigent person) [18 U.S.C. § 3014(a)(1)]

**COUNT 5:** **FIRDOS SHEIKH**

VIOLATION: 18 U.S.C. § 1590(b) – Obstruction of Forced Labor Investigation

PENALTIES: Maximum of 20 years in prison;
Fine of up to $250,000; or both fine and imprisonment;
Supervised release of up to 3 years;
Mandatory restitution [18 U.S.C. § 1593]

SPECIAL ASSESSMENT: $5,000 (mandatory on each count for non-indigent person) [18 U.S.C. § 3014(a)(1)]

**COUNT 6:** **FIRDOS SHEIKH**

VIOLATION: 18 U.S.C. § 1001 – False Statements

PENALTIES: Maximum of 5 years in prison;
Fine of up to $250,000, or both fine and imprisonment;
Supervised release of up to 1 year

SPECIAL ASSESSMENT: $100 [18 U.S.C. § 3013]

**FORFEITURE ALLEGATION:** **FIRDOS SHEIKH**

VIOLATION: 18 U.S.C. §§1594(d), (e) – Criminal Forfeiture
8 U.S.C. § 1324(b) – Criminal Forfeiture
18 U.S.C. § 982(a)(6) – Criminal Forfeiture
28 U.S.C. § 2461 – Criminal Forfeiture

PENALTIES: As stated in the charging document