JOHN M. GORE
Acting Assistant Attorney General
WILLIAM NOLAN
DAVID REESE
Trial Attorneys
U.S. Department of Justice
Civil Rights Division
950 Pennsylvania Avenue NW
Washington, DC 20530
Telephone: (202) 353-8560
Facsimile: (202) 514-8336

Attorneys for Plaintiff
United States of America

FILED
JUN 2 1 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

 Plaintiff,

 v.

FIRDOS SHEIKH,

 Defendant.

CASE NO. 2:18 - CR - 0 1 1 9 WBS

[PROPOSED] ORDER TO SEAL

(UNDER SEAL)

The Court hereby orders that the Indictment, the Petition of Trial Attorney WILLIAM NOLAN to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of the defendant or until further order of the Court.

Dated: June 21, 2018

_____
HONORABLE KENDALL J. NEWMAN
United States Magistrate Judge

[PROPOSED] ORDER TO SEAL INDICTMENT