UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
June 22, 2018
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

FIRDOS SHEIKH,

Defendant.

Case No. 2:18-cr-00119-WBS

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release FIRDOS SHEIKH Case No. 2:18-cr-00119-WBS Charges 18 USC § 1590(a); 8 USC § 1324(a)(1)(A)(iii) & (a)(1)(B)(i); 18 USC § 1590(b), 1001 from custody for the following reasons:

\_\_\_\_\_ Release on Personal Recognizance

\_\_\_\_\_ Bail Posted in the Sum of $ \_\_\_\_\_

__X__ Unsecured Appearance Bond $ 150,000 co-signed by Aamir Sheikh

\_\_\_\_\_ Appearance Bond with 10% Deposit

\_\_\_\_\_ Appearance Bond with Surety

\_\_\_\_\_ Corporate Surety Bail Bond

__X__ (Other): Pretrial Release conditions as stated on the record in open court.

Issued at Sacramento, California on June 22, 2018 at 2:00 PM

By: _/s/_

Magistrate Judge Kendall J. Newman