THOMAS A. JOHNSON, #119203
KRISTY M. HORTON, #271250
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 2560
Sacramento, California 95814
Telephone: (916) 442-4022

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:18-cr-00119-WBS |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER FOR CONTINUANCE OF PRETRIAL RELEASE VIOLATION HEARING |
| vs. | |
| FIRDOS SHEIKH, | Date: April 24, 2019 |
| Defendant. | Time: 2:00 p.m. |
| | Judge: Hon. Carolyn K. Delaney |

## **STIPULATION**

The United States of America through its undersigned counsel, William E. Nolan, Special Litigation Counsel for the Civil Rights Division, together with Thomas A. Johnson, counsel for defendant, Firdos Sheikh, hereby stipulate the following:

1. By previous order, this matter was set for Pretrial Release Violation Hearing on April 3, 2019.
2. By this stipulation, the parties now move to continue the Pretrial Release Violation Hearing to April 24, 2019, at 2:00 p.m. Time has previously been excluded to May 20, 2019.
3. A continuance is requested because both parties need additional time to prepare for the hearing.

1

**IT IS SO STIPULATED.**

DATE: April 3, 2019

      /s/ Thomas A. Johnson
THOMAS A. JOHNSON
Attorney for Firdos Sheikh

DATED: April 3, 2019

      /s/ William E. Nolan
WILLIAM E. NOLAN
Special Litigation Counsel
Civil Rights Division

**ORDER**

**IT IS SO ORDERED.**

Dated: April 3, 2019.

_____
United States Magistrate Judge