Thomas A. Johnson, SBN 119203
Kristy M. Horton, SBN 271250
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 2560
Sacramento, California 95814
Telephone: (916) 422-4022

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 2:18-cr-00119-WBS |
| ) | |
| Plaintiff, ) | STIPULATION AND [~~PROPOSED~~] |
| ) | ORDER TO CONTINUE STATUS |
| vs. ) | CONFERENCE AND MOTION |
| ) | HEARING AND REQUEST TO RESET |
| FIRDOS SHEIKH, ) | BRIEFING SCHEDULE |
| ) | |
| Defendant. ) | Date: May 20, 2019 |
| ) | Time: 9:00 a.m. |
| ) | Judge: Hon. William B. Shubb |
| ) | |

## **STIPULATION**

The United States of America through its undersigned counsel, William Nolan and David Reese, Trial Attorneys with the U.S. Department of Justice, Civil Rights Division, together with Thomas A. Johnson, counsel for defendant, Firdos Sheikh, hereby stipulate the following:

1.     By previous order, this matter was set for Status Conference and Motion Hearing on May 20, 2019.

2.     By this stipulation, defendant now moves to continue the Status Conference and Motion Hearing to June 24, 2019, at 9:00 a.m. and to exclude time between May 20, 2019, and June 24, 2019, under the Local Code T-4 (to allow defense counsel time to prepare). The parties have also agreed to the

1  following briefing schedule:  Oppositions by May 27, 2019, and a reply, if
2  any, by June 17, 2019.

3     3.   The parties agree and stipulate, and request the Court find the following:

4     a.   A continuance is requested because counsel for the defendant will be in a
5  federal trial before Judge Mendez and will be unavailable on May 20, 2019.

6     b.   Counsel for defendant believes the failure to grant a continuance in this
7  case would deny defense counsel reasonable time necessary for effective
8  preparation, taking into account the exercise of due diligence.

9     c.   The Government does not object to the continuance.

10     d.   Based on the above-stated findings, the ends of justice served by granting
11  the requested continuance outweigh the best interests of the public and the
12  defendants in a speedy trial within the original date prescribed by the
13  Speedy Trial Act.

14     e.   For the purpose of computing time under the Speedy Trial Act, 18 United
15  States Code Section 3161(h)(7)(A) within which trial must commence, the
16  time period of May 20, 2019, to June 24, 2019, inclusive, is deemed
17  excludable pursuant to 18 United States Code Section 3161(h)(7)(A) and
18  (B)(iv), corresponding to Local Code T-4 because it results from a
19  continuance granted by the Court at defendant's request on the basis of the
20  Court's finding that the ends of justice served by taking such action
21  outweigh the best interest of the public and the defendant in a speedy trial.

22     4.   Nothing in this stipulation and order shall preclude a finding that other
23  provisions of the Speedy Trial Act dictate that additional time periods are
24  excludable from the period within which a trial must commence.

26  **IT IS SO STIPULATED.**

DATED:  April 18, 2019                          /s/ Thomas A. Johnson
                                                THOMAS A. JOHNSON
                                                Attorney for Firdos Sheikh


DATED:  April 18, 2019                          /s/ William Nolan
                                                WILLIAM NOLAN

                                                /s/ David Reese
                                                DAVID REESE
                                                Trial Attorneys
                                                U.S. Department of Justice
                                                Civil Rights Division
                                                Criminal Section

## ORDER

**IT IS SO ORDERED.**


**Dated:  April 19, 2019**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE