| | |
|---|---|
| 1 | THOMAS A. JOHNSON, #119203 |
| | KRISTY M. HORTON, #271250 |
| 2 | Law Office of Thomas A. Johnson |
| 3 | 400 Capitol Mall, Suite 2560 |
| | Sacramento, California 95814 |
| 4 | Telephone: (916) 442-4022 |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 2:18-cr-00119-WBS |
| Plaintiff, | ) ) ) | STIPULATION AND ORDER AMENDING CONDITIONS OF PRE-TRIAL RELEASE |
| vs. | ) ) | |
| FIRDOS SHEIKH, | ) ) | |
| Defendant. | ) ) | |

**<u>STIPULATION</u>**

The United States of America through its undersigned counsel, William E. Nolan, Special Litigation Counsel for the Civil Rights Division, together with Thomas A. Johnson, counsel for defendant, Firdos Sheikh, hereby stipulate the following:

1. The parties agree to amend Dr. Sheikh's conditions of release as follows:
    a. Condition #11 which indicated the Dr. Sheikh needed to provide Pretrial Services with her login and password information shall be removed.
    b. The following conditions shall be added:
        i. Condition #11: You must participate in the following location monitoring program component and abide by all the requirements of the program, which will include having a location monitoring unit installed in your residence and a radio frequency transmitter device attached to your person. You must comply with all instructions for the use and

1

operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You must pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer;

    ii. Condition #12: HOME DETENTION: You must remain inside your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court ordered obligations; or other activities pre-approved by the pretrial services officer.

    iii. Condition #13: You agree to stop the practice of medicine during the pendency of this federal case beginning on May 27, 2019 so that you may have some time to inform your patients to get a new doctor and handle any pending results.

    iv. All other terms and conditions of pretrial release remain in full force and effect.

    v. You must report to Pretrial Services at 8:00AM on Monday May 20, 2019, for the installation of the location monitoring equipment.

2. By this stipulation, the parties now move to vacate the hearing to May 24, 2019, at 2:00 p.m.

**IT IS SO STIPULATED.**

DATE: May 17, 2019

    /s/ Thomas A. Johnson
    THOMAS A. JOHNSON
    Attorney for Firdos Sheikh

DATED: May 17, 2019

    /s/ William E. Nolan
    WILLIAM E. NOLAN
    Special Litigation Counsel
    Civil Rights Division

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | **ORDER** |
| 4 | **IT IS SO ORDERED.** |
| 5 | Dated: May 17, 2019 |

_/s/ Carolyn K. Delaney_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE