IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-00119 CKD |
|---|---|
| Plaintiffs, | ORDER |
| v. | |
| FIRDOS SHEIKH, | |
| Defendant. | |

IT IS HEREBY ORDERED that within 10 days from the date this Order is signed the government shall show cause why Attachment A to Government's Opposition to Defendant's Motions to Disclose Grand Jury Proceedings and To Suppress Evidence and Request an Evidentiary Hearing **(Dkt. 43-1)** should not be unsealed at this time.

Dated: May 31, 2019

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE