THOMAS A. JOHNSON, #119203
KRISTY M. HORTON, #271250
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 2560
Sacramento, California 95814
Telephone: (916) 442-4022

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:18-cr-00119-WBS |
| Plaintiff, | STIPULATION AND ORDER AMENDING CONDITIONS OF PRE-TRIAL RELEASE |
| vs. | |
| FIRDOS SHEIKH, | |
| Defendant. | |

**STIPULATION**

The United States of America through its undersigned counsel, William E. Nolan, Special Litigation Counsel for the Civil Rights Division, together with Thomas A. Johnson, counsel for defendant, Firdos Sheikh, hereby stipulate to change the conditions of release from home detention to curfew monitor. On May 30, 2019, in Sacramento Superior Court Case No. 19FE004439, an order was filed which suspended Dr. Sheikh's medical license during the pendency of the state court case. Therefore, the parties agree to amend Dr. Sheikh's conditions of release as follows:

1. The following condition shall be removed:

    a. Condition #13: HOME DETENTION: You must remain inside your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances;

1

court ordered obligations; or other activities pre-approved by the pretrial services officer.

2. The defendant is now placed on Curfew Monitor:

3. Condition #14: CURFEW: You must remain inside your residence every day from 9:00 PM to 9:00AM, or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations.

4. All other terms and conditions of pretrial release remain in full force and effect.

**IT IS SO STIPULATED.**

DATE: May 31, 2019

/s/ Thomas A. Johnson
THOMAS A. JOHNSON
Attorney for Firdos Sheikh

DATED: May 31, 2019

/s/ William E. Nolan
WILLIAM E. NOLAN
Special Litigation Counsel
Civil Rights Division

## **ORDER**

**IT IS SO ORDERED.**

Dated: May 31, 2019

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE