## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>FIRDOS SHEIKH,<br><br>  Defendant. | Case No. 2:18-CR-119-WBS-1<br><br>**ORDER RESETTING THE EVIDENTIARY HEARING PURSUANT TO FRANKS V. DELAWARE PREVIOUSLY SET FOR FEBRUARY 25, 2020**<br><br>Hearing Date: August 11, 2020<br>Hearing Time: 10:00 a.m.<br><br>Judge: Hon. William B. Shubb |

THIS MATTER having come before the Court pursuant to the Court's Order on June 3, 2020 (DE 104), and on Defendant Firdos Sheikh, M.D.'s ("Dr. Sheikh") application to reset the evidentiary hearing pursuant to *Franks v. Delaware*, 438 U.S. 154 (1978), that was previously set for February 25, 2020, the Court finds that defendant has met her initial burden to justify an evidentiary hearing and hereby ORDERS:

1. Dr. Sheikh shall file her motion on July 7, 2020.

2. The Government shall file its opposition on July 21, 2020.

3. Dr. Sheikh shall file her reply on July 28, 2020.

4. The matter is set for an evidentiary hearing on August 11, 2020, at 10:00 a.m.

5. If defendant wishes to waive her right to personal appearance at the hearing and consent to appear electronically by Zoom, a written waiver and consent shall be filed with the court within 10 days from the date of this Order.

6. Counsel shall make the necessary arrangements with the Clerk for the attorneys, the defendant, and all witnesses to appear remotely by Zoom.

7. Speedy trial time shall be excluded from the date of this Order to August 11, 2020, pursuant to 18 U.S.C. § 3161(h)(1)(D).

IT IS SO ORDERED.

Dated:  June 20, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2

*[Proposed] Order Resetting the Evidentiary Hearing Pursuant to Franks v. Delaware Previously Set for February 25, 2020*                                         Case No. 2:18-CR-119-WBS-1