McGREGOR W. SCOTT
United States Attorney
Audrey Hemesath
Assistant United States Attorney
United States Attorney's Office
Robert T. Matsui United States Courthouse
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-119 WBS |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| FIRDOS SHEIKH, | COURT: Hon. William B. Shubb |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a *Franks* motion hearing on August 11-13, 2020.

2. At the conclusion of the *Franks* hearing on August 13, 2020, the government requested a status conference date of September 23, 2020, and the parties discussed stipulating to waive speedy trial time until that date under the Speedy Trial Act.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes investigative reports and related material in excess of 12,500 pages to date, as well as photographs, audio files, and video files. All of this discovery has been either produced directly

to counsel and/or made available for inspection and copying.

        b)      Counsel for defendant desires additional time to review of discovery, consult with the client, and conduct additional investigation in light of the new materials received from the government in response to Defendant's *Brady* and related discovery motions. The latest set of documents were produced on August 4, 2020.

        c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        d)      The government does not object to the continuance.

        e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 13, 2020,to September 23, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the

/ / /

/ / /

/ / /

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  August 27, 2020                                        MCGREGOR W. SCOTT
                                                                United States Attorney

                                                                /s/ Audrey Hemesath
                                                                Audrey Hemesath
                                                                Assistant United States Attorney

Dated:  August 27, 2020                                        /s/ Yasin M. Almadani
                                                                Yasin M. Almadani
                                                                Counsel for Defendant
                                                                FIRDOS SHEIKH

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated:  August 28, 2020

                                                                WILLIAM B. SHUBB
                                                                UNITED STATES DISTRICT JUDGE