Yasin M. Almadani (Cal. Bar No. 242798)
ALMADANI LAW
14742 Beach Blvd., Suite 410
La Mirada, California 90638
(213) 335-3935 | YMA@LawAlm.com

*Attorney for Defendant*

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FIRDOS SHEIKH,<br><br>Defendant. | Case No. 2:18-CR-119-WBS-1<br><br>**DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR EXCLUSION OF TIME**<br><br>Hearing Date:  October 1, 2020<br>Hearing Time:  10:00 a.m.<br><br>Trial Date: TBD<br><br>Judge: Hon. William B. Shubb<br>Courtroom:  Five (14th Floor) |

At the hearing on September 15, 2020, the Court ordered the Parties to file cross motions: the defense to file a motion to dismiss for speedy trial violation and the government to file a motion to exclude speedy trial time. On September 18, 2020, pursuant to the Court's briefing schedule, Dr. Sheikh filed her motion to dismiss. (DE 145.)[1] Dr. Sheikh notes here that her motion to dismiss (DE 145) serves also as an opposition to the government's motion for exclusion of time (DE 143). Dr. Sheikh intends on filing a more substantive reply to the government's opposition to her motion to dismiss, on Friday, September 25, 2020, as set forth in the Court's briefing schedule.

Dated: September 23, 2020

Respectfully submitted,

ALMADANI LAW

  */s/ Yasin M. Almadani*
Yasin M. Almadani, Esq.
*Attorney for Defendant*

---

[1] "DE" refers to "docket entry" followed by a document control number.