McGREGOR SCOTT
United States Attorney
ERIC S. DREIBAND
Assistant Attorney General for Civil Rights
AUDREY B. HEMESATH
Assistant United States Attorney
WILLIAM E. NOLAN
DAVID REESE
Trial Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiffs,<br><br>    v.<br><br>FIRDOS SHEIKH,<br><br>                Defendant. | CASE NO. 2:18-CR-00119 WBS<br><br>**UNITED STATES' REPLY IN SUPPORT OF MOTION TO EXCLUDE TIME** |

      Defendant Firdos Sheikh has not disputed any of the factual observations of COVID-19-related safety concerns set forth by the United States it its pleadings, articulated by the Court at the previous status conference, and identified in the Eastern District General Orders.  These facts, when combined the characteristics of this trial, which includes out-of-town counsel for both parties, witnesses who will travel from across the United States and Mexico, and is estimated to last 2-3 weeks, weigh in favor of a lengthy continuance, until April 27, 2021, at which time it is anticipated that public health measures will allow for a trial.  The Court should therefore continue the case until that date and enter a finding that the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial, and failure to grant the continuance would result in a miscarriage of justice.

| | | |
|---|---|---|
| 2 | Dated: September 25, 2020 | McGREGOR SCOTT<br>United States Attorney |
| | | |
| | | ERIC S. DREIBAND<br>Assistant Attorney General for Civil Rights |
| | | |
| | | *s/ Audrey Hemesath & David Reese*<br>WILLIAM E. NOLAN<br>DAVID REESE<br>Trial Attorneys, Civil Rights Division<br>AUDREY HEMESATH<br>Assistant United States Attorney |